UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-po-00242-CKD |
| Plaintiff, | ) ) ) | ORDER TO DISMISS WITHOUT PREJUDICE AND VACATE INITIAL APPEARANCE |
| v. | ) ) | DATE: April 16, 2020 |
| JEFFERY L. PARKS, | ) ) | TIME: 9:30 a.m. JUDGE: Honorable Carolyn K. Delaney |
| Defendant. | ) ) ) ) | |

It is hereby ordered that the plaintiff United States of America's Motion to dismiss all violation notices in Case Number 2:19-po-00242-CKD without prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on April 16, 2020, is vacated.

IT IS SO ORDERED.

Dated: April 14, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND VACATE I/A     1     U.S. v. JEFFERY L. PARKS